Karas, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
INSYS THERAPEUTICS, INC.,

                      Plaintiff,        15-CV-3613

    - against -

MICHAEL FERRARO,        **STIPULATION OF**
                                           **SETTLEMENT WITH**
                    Defendant.      **PREJUDICE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel to the Plaintiff and the Defendant/counterclaim Plaintiff acting pro se that the above-captioned action shall be, and hereby is, dismissed with prejudice, without costs or attorneys' fees to any party.

DATED: New York, New York
            July 2, 2015

SKADDEN, ARPS, SLATE, MEAGHER &        PRO SE
FLOM LLP

By: _____                   By: _____
    David Schwartz                                 Michael Ferraro
    Risa M. Salins                                  20 Cortland Drive
    Four Times Square                         Bethel, CT 06801
    New York, New York 10036           (203) 733-3180
    (212) 735-3000

    Attorneys for Plaintiff                     Defendant
    INSYS THERAPEUTICS, INC.

SO ORDERED

_____
Honorable Kenneth M. Karas
United States District Judge

July 10, 2015